UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO

In re                                                                                          Case No. _____

_____                                        Judge: _____
                Debtor(s)
                                                             Chapter: _____

**MOTION FOR PAYMENT OF UNCLAIMED FUNDS**

Under penalty of perjury, the Movant declares that the following statements and information are true and correct.

1. To the best of the Movant's knowledge, a check in the amount of $_____ was issued to

   _____ (name of original creditor/claimant).

2. To the best of the Movant's knowledge, the funds were tendered by the case trustee to the Bankruptcy Clerk and then to the United States Treasury.

3. The Movant's current address, phone number and social security number (last 4 digits only of social security number or complete EIN) are as follows:

   _____

   _____

   _____

4. The Movant did not receive the check or did not negotiate the check for the following reason(s):

   _____

   _____

   _____

5. Movant represents that he/she is the owner of the funds, or is a legal representative of the owner, and is entitled to receive the funds. (If the movant is other than the owner of the funds, additional requirements pursuant to Local Bankruptcy Rule 3011-1(d) may apply to establish the right of payment of the unclaimed funds.)

6. Movant understands that pursuant to 18 U.S.C. §152, a fine or imprisonment or both may be imposed if he/she knowingly or fraudulently made any false statements in this document.

7. Wherefore, Movant requests an order directing the Clerk to pay the funds to the Movant at the above address.

                                                                               _____
                                                                               Movant's signature

                                                                               _____
                                                                               Movant's printed name

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO

In re                                                                                          Case No. _____

_____                                               Judge: _____
            Debtor(s)
                                                                                                    Chapter: _____


**NOTICE OF MOTION**


                        has filed a Motion for Payment of Unclaimed Funds with the court.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one. If you do not want the court to grant the relief sought in the motion/objection, then on or before **twenty-one (21) days from the date set forth in the certificate of service for the motion/objection**, you must file with the court a response explaining your position by mailing your response by regular U.S. Mail to the bankruptcy court clerk's office OR your attorney must file a response using the court's ECF System.

The court must **receive** your response on or before the above date. You must also send a copy of your response either by 1) the court's ECF System or by 2) regular U.S. Mail to:




"and,  *(List below the names and addresses of others to be served)*










If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief  without further hearing or notice.

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Motion for Payment of Unclaimed Funds was served on the following by ordinary U.S. Mail on the _____ day of _____, 20_____.

*Debtor:*

*Debtor's Attorney:*

*Case Trustee:*

United States Attorney
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215

*Indicate the office that was served:*

☐ United States Trustee          *(Cincinnati cases)*
36 East Seventh Street, Suite 2030
Cincinnati, Ohio 45202

☐ United States Trustee          *(Columbus and Dayton cases)*
170 North High Street, Suite 200
Columbus, Ohio 43215

_____
Movant's signature