UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-58115-CMC |
| | ) | |
| CMACAO | ) | |
| | ) | |
| Debtor. | ) | Judge Caldwell |

### NOTICE TO THE CLERK OF SMALL DIVIDENDS AND UNCLAIMED FUNDS

**TO THE CLERK OF COURT:**

     The attached check in the amount of $11,290.70 represents the sum of unclaimed and small dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| Creditor Name and Address | Claim Number | Amount of Dividend |
|---|---|---|
| Adams, Lisa A.<br>127 N. Roys Avenue<br>Columbus, OH 43204 | 2003BEN | $2.71 |
| Adams, Lisa A.<br>127 N. Roys Avenue<br>Columbus, OH 43204 | 2004BEN | $4.80 |
| Allen, Donna M.<br>4747 Jeanette Road, Apt. A1<br>Hilliard, OH 43026 | 2012BEN | $5.61 |
| Allen-Snider, Donna M.<br>2350 Deewood Dr.<br>Columbus, OH 43229 | 2015BEN | $38.33 |
| Anderson, Oveandraea<br>4607 Refugee Road, Apt. 1B<br>Columbus, OH 43232 | 2020BEN | $4.97 |
| Averette , Jeri E.<br>824 E. Como Avenue<br>Columbus, OH 43224 | 2021BEN | $4.97 |
| Baldwin, Matthew S.<br>1374 King Avenue<br>Columbus, OH 43212 | 2023BEN | $188.02 |
| Baldwin, Matthew S.<br>1374 King Avenue<br>Columbus, OH 43212 | 2024BEN | $15.04 |
| Barker, Michelle | 2027BEN | $116.26 |

| Name / Address | ID | Amount |
|---|---|---|
| Barnett, Ernestine<br>858 E. 13th Avenue<br>Columbus, OH 43211 | 2028BEN | $6.85 |
| Barnett, Ernestine<br>858 E. 13th Avenue<br>Columbus, OH 43211 | 2029BEN | $5.29 |
| Bates, Stephanie N.<br>5148 Longbranch Lane<br>Whitehall, OH 43213 | 2032BEN | $3.83 |
| Boyd, Barbara<br>509 N. Cassidy Ave. Apt 306<br>Columbus, OH 43209 | 2054BEN | $46.87 |
| Brandon, Barbara L.<br>524 N. Champion Avenue<br>Columbus, OH 43203 | 2055BEN | $12.97 |
| Brandon, Barbara L.<br>524 N. Champion Avenue<br>Columbus, OH 43203 | 2056BEN | $4.62 |
| Brown, Delores E.<br>2628 Berwick Blvd.<br>Columbus, OH 43209 | 2063BEN | $3.32 |
| Butler, Shirley E.<br>3183 Easthaven Drive S.<br>Columbus, OH 43232 | 2079BEN | $137.37 |
| Butler, Shirley E.<br>3183 Easthaven Drive S.<br>Columbus, OH 43232 | 2080BEN | $5.04 |
| Bynum, C. | 2082BEN | $39.39 |
| Calhoun, Vickie L.<br>927 E. Forest Creek Dr., Apt. C<br>Columbus, OH 43223 | 2085BEN | $4.85 |
| Charvat, Mildred<br>476 E. Whittier Street<br>Columbus, OH 43206 | 2088BEN | $7.96 |
| Clark, Lolita<br>2293 Marcia Dr.<br>Columbus, OH 43211 | 2091BEN | $29.11 |
| Clark, Lolita<br>2293 Marcia Dr.<br>Columbus, OH 43211 | 2092BEN | $119.45 |
| Croomes, Vallitta D.<br>1390 Republic Avenue<br>Columbus, OH 43211 | 2106BEN | $3.82 |

| | | |
|---|---|---|
| Crowell, Felicia<br>2128 Jade Street<br>Grove City, OH 43123 | 2107BEN | $7.40 |
| Culberson, Eboni<br>3129 Falcon Bridge Drive<br>Columbus, OH 43232 | 2108BEN | $6.76 |
| Cunningham, John G.<br>815 Derrer Road<br>Columbus, OH 43204 | 2109BEN | $3.86 |
| Cunningham, John G.<br>815 Derrer Road<br>Columbus, OH 43204 | 2110BEN | $10.28 |
| Cunningham, Patty<br>2704 Ferris Road<br>Columbus, OH 43224 | 2111BEN | $3.08 |
| Cunningham, Patty<br>2704 Ferris Road<br>Columbus, OH 43224 | 2112BEN | $7.17 |
| Cunningham, Thurman T.<br>1778 Marston Road<br>Columbus, OH 43219 | 2113BEN | $4.95 |
| Curtis, Irene<br>5170 Lindora Drive<br>Columbus, OH 43232 | 2116BEN | $59.02 |
| Curtis, Irene<br>5170 Lindora Drive<br>Columbus, OH 43232 | 2117BEN | $15.71 |
| Davis, Brenda<br>321 Johnson Street<br>Columbus, OH 43203 | 2118BEN | $11.00 |
| Ervine, Mary A.<br>585 Butler Avenue<br>Columbus, OH 43223 | 2135BEN | $3.83 |
| Ervine, Wanetta L.<br>300 S. Oakley Avenue<br>Columbus, OH 43204 | 2136BEN | $32.18 |
| Evans, Paula L.<br>1683 Bar Harbor Road<br>Columbus, OH 43219 | 2137BEN | $15.52 |
| Evans, Paula L.<br>1683 Bar Harbor Road<br>Columbus, OH 43219 | 2138BEN | $3.82 |
| Farmer, B J | 2139BEN | $49.63 |
| Farmer, D | 2140BEN | $330.41 |

| | | |
|---|---|---|
| Ferrell, B A | 2145BEN | $7.89 |
| Fleming, Konni<br>500 N. Cassady Ave., Ste. B<br>Bexley, OH 43209 | 2147BEN | $6.22 |
| Fluellen, Patricia A.<br>PO Box 985<br>Worthington, OH 43085 | 2150BEN | $84.59 |
| Fluellen, Patricia A.<br>PO Box 985<br>Worthington, OH 43085 | 2151BEN | $5.02 |
| Ford, Anitra D.<br>6125 Zachary Woods Lane<br>Columbus, OH 43232 | 2153BEN | $53.13 |
| Ford, S L | 2155BEN | $18.82 |
| Fort, Heather L.<br>7053 Treebourne Drive<br>Reynoldsburg, OH 43068 | 2156BEN | $3.82 |
| Gladden, Valerie<br>307 Chase Road<br>Columbus, OH 43214 | 2163BEN | $1.40 |
| Gladden, Valerie<br>307 Chase Road<br>Columbus, OH 43214 | 2164BEN | $16.41 |
| Godward, Christine<br>333 Trail Drive<br>Galloway, OH 43119 | 2167BEN | $135.07 |
| Green, Cynthia M.<br>4503 Belvedere Park<br>Columbus, OH 43228 | 2172BEN | $7.35 |
| Guinn, Crystal D.<br>5836 Parliament Drive<br>Columbus, OH 43123 | 2180BEN | $23.76 |
| Hammond, Charlene Y.<br>2640 Kenview Road S.<br>Columbus, OH 43209 | 2185BEN | $6.37 |
| Harrington, Marsha<br>3359 Towers Court S.<br>Columbus, OH 43227 | 2188BEN | $4.97 |
| Hashi, Amina A.<br>5667 Farmhouse Lane<br>Hilliard, OH 43026 | 2199BEN | $7.27 |
| Hill, Carlotta L.<br>2325 Randy Court<br>Columbus, OH 43232 | 2208BEN | $3.54 |

| Name/Address | Code | Amount |
|---|---|---|
| Hill, Marsha D.<br>115 Smallwood Road<br>Rotonda West, FL 33947 | 2210BEN | $12.99 |
| Hill, Marsha D.<br>115 Smallwood Road<br>Rotonda West, FL 33947 | 2211BEN | $7.45 |
| Hobbs, Debbie<br>793 Canonby Place, Apt. 2F<br>Columbus, OH 43223 | 2214BEN | $3.97 |
| Hobbs, Debbie<br>793 Canonby Place, Apt. 2F<br>Columbus, OH 43223 | 2215BEN | $4.85 |
| Holloman, Jerry A.<br>1641 Bryden Road<br>Columbus, OH 43205 | 2218BEN | $45.20 |
| Holt, Marcy R.<br>2425 Century Drive<br>Columbus, OH 43211 | 2221BEN | $31.07 |
| Holt, Marcy R.<br>2425 Century Drive<br>Columbus, OH 43211 | 2222BEN | $4.97 |
| Horton, Wendy<br>2437 Taylor Avenue<br>Columbus, OH 43211 | 2225BEN | $3.82 |
| Jackson, Everlena<br>3423 Trentshire Dr.<br>Canal Winchester, OH 43110 | 2232BEN | $40.31 |
| Jackson, Everlena<br>3423 Trentshire Dr.<br>Canal Winchester, OH 43110 | 2233BEN | $22.65 |
| Jackson, Holly<br>86 Mayfair Blvd., Apt. A<br>Columbus, OH 43213 | 2234BEN | $5.36 |
| Johnson, Cheryl L.<br>91 N. Powell Avenue<br>Columbus, OH 43204 | 2241BEN | $16.05 |
| Johnson, Cheryl L.<br>91 N. Powell Avenue<br>Columbus, OH 43204 | 2242BEN | $4.97 |
| Johnson, Lisa J.<br>3808 Walnut Creek Drive<br>Columbus, OH 43224 | 2246BEN | $5.59 |

| | | |
|---|---|---|
| Kee, Maria<br>P O Box 160<br>Reynoldsburg, OH 43068 | 2260BEN | $22.37 |
| Kee, Maria<br>P O Box 160<br>Reynoldsburg, OH 43068 | 2261BEN | $22.65 |
| Kline, Britt<br>774 Ebner St.<br>Columbus, OH 43206 | 2269BEN | $18.75 |
| Lee, Barbara G.<br>1406 Weldon Avenue<br>Columbus, OH 43224 | 2273BEN | $7.22 |
| Lindsay, Lawanda T.<br>3126 Kentwood Place<br>Columbus, OH 43227 | 2278BEN | $5.97 |
| Longs-Hammonds, Y<br>2476 Mason Village Ct.<br>Columbus, OH 43232 | 2280BEN | $5.77 |
| Love, Yolandra<br>2476 Mason Village Ct.<br>Columbus, OH 43232 | 2281BEN | $3.61 |
| Martin, Francine J.<br>136 Brunson Avenue<br>Columbus, OH 43203 | 2285BEN | $16.90 |
| Mccarrel, Detriece L.<br>1601 Stephanie Ct.<br>Columbus, OH 43223 | 2291BEN | $7.21 |
| Mccarrel, Detriece L.<br>1601 Stephanie Ct.<br>Columbus, OH 43223 | 2292BEN | $58.52 |
| Mccarrel, Detriece L.<br>1601 Stephanie Ct.<br>Columbus, OH 43223 | 2293BEN | $5.64 |
| Mckinley, Jodi L.<br>6623 Carriage Lane<br>Reynoldsburg, OH 43068 | 2297BEN | $4.97 |
| Micael, Jirom<br>Bexley, OH 43209 | 2301BEN | $13.16 |
| Morgan, Kent D.<br>1665 Eagles Lane<br>Akron, OH 44306 | 2311BEN | $20.74 |
| Morgan, Kent D.<br>1665 Eagles Lane<br>Akron, OH 44306 | 2312BEN | $11.27 |

| Name/Address | Claim | Amount |
|---|---|---|
| Morris, Sadrea S.<br>1025 Bulen Avenue<br>Columbus, OH 43206 | 2313BEN | $12.23 |
| Morris, Sadrea S.<br>1025 Bulen Avenue<br>Columbus, OH 43206 | 2314BEN | $5.92 |
| Newell, Margie A.<br>2031 W. Broad Street<br>Columbus, OH 43223 | 2317BEN | $2.87 |
| Newell, Margie A.<br>2031 W. Broad Street<br>Columbus, OH 43223 | 2318BEN | $6.39 |
| Norman, Tysha G.<br>365 Wishing Well Lane<br>Columbus, OH 43123 | 2323BEN | $4.85 |
| Oatis, Tracey E.<br>4615 Healy Drive<br>Columbus, OH 43227 | 2326BEN | $3.49 |
| Owen, David L.<br>1520 Menlo Place<br>Columbus, OH 43203 | 2327BEN | $7,040.70 |
| Owen, David L.<br>1520 Menlo Place<br>Columbus, OH 43203 | 2328BEN | $3.91 |
| Payne, Arneisha<br>5004 Crestbury Court<br>Hilliard, OH 43026 | 2334BEN | $4.97 |
| Payne, Linda M.<br>1280 Shady Lane Road<br>Columbus, OH 43227 | 2335BEN | $4.97 |
| Perkins, N I | 2341BEN | $2.31 |
| Perry, Amanda R.<br>267 Lechner Avenue<br>Columbus, OH 43223 | 2343BEN | $4.32 |
| Reggins, Lekeshia N.<br>1926 Fiesta Court, Apt. C<br>Columbus, OH 43229 | 2358BEN | $4.85 |
| Reggins, Lekeshia N.<br>1926 Fiesta Court, Apt. C<br>Columbus, OH 43229 | 2359BEN | $4.62 |
| Robinson, Leonette D.<br>2369 Holt Avenue<br>Columbus, OH 43219 | 2363BEN | $7.32 |
| Robinson, S. | 2364BEN | $217.63 |

| Name/Address | ID | Amount |
|---|---|---|
| Sanders, Annie P.<br>3665 1st Avenue<br>Urbancrest, OH 43213 | 2369BEN | $4.99 |
| Sanders, Latosha R.<br>7489 Hemrich Drive<br>Canal Winchester, OH 43110 | 2371BEN | $5.02 |
| Sanford Ford, Sheri<br>3568 Delport Way<br>Columbus, OH 43232 | 2372BEN | $37.50 |
| Shumpert, Cassandra R.<br>5370 Gracewood Court<br>Columbus, OH 43229 | 2381BEN | $3.23 |
| Sick, Marilyn K.<br>3131 Pleasant Avenue<br>Hamilton, OH 45015 | 2384BEN | $148.24 |
| Sick, Marilyn K.<br>3131 Pleasant Avenue<br>Hamilton, OH 45015 | 2385BEN | $8.92 |
| Smith, Gloria J.<br>851 Bowman Avenue<br>Columbus, OH 43205 | 2395BEN | $5.22 |
| Smith, Tiffany T.<br>2886 Pamella Drive<br>Columbus, OH 43207 | 2397BEN | $80.92 |
| Smith, Tiffany T.<br>2886 Pamella Drive<br>Columbus, OH 43207 | 2398BEN | $4.97 |
| Steele, Alora D.<br>1692 Ward Road<br>Columbus, OH 43224 | 2403BEN | $5.47 |
| Stevenson, Ernest<br>515 Fairfield Avenue<br>Columbus, OH 43203 | 2404BEN | $4.91 |
| Stewart, Latoya S.<br>280 N. Center St., Apt. F<br>Pickerington, OH 43147 | 2407BEN | $465.67 |
| Stewart, Latoya S.<br>280 N. Center St., Apt. F<br>Pickerington, OH 43147 | 2408BEN | $4.97 |
| Stone, Kathy L.<br>37 Jefferson Ave., Apt. 15<br>Columbus, OH 43215 | 2409BEN | $543.88 |

| | | |
|---|---|---|
| Stone, Kathy L.<br>37 Jefferson Ave., Apt. 15<br>Columbus, OH 43215 | 2410BEN | $5.37 |
| Stowe, Roger D.<br>488 Capitol View Drive<br>Columbus, OH 43203 | 2411BEN | $4.04 |
| Sullivan, Patricia A.<br>3217 Turner Court<br>Columbus, OH 43219 | 2412BEN | $3.46 |
| Sullivan, Patricia A.<br>3217 Turner Court<br>Columbus, OH 43219 | 2413BEN | $9.10 |
| Sullivan, Patricia A.<br>3217 Turner Court<br>Columbus, OH 43219 | 2414BEN | $3.19 |
| Tanner, Sherry<br>2774 Baughman Avenue<br>Columbus, OH 43211 | 2422BEN | $10.10 |
| Tanner, Sherry<br>2774 Baughman Avenue<br>Columbus, OH 43211 | 2423BEN | $7.04 |
| Toles, Cherrylena L.<br>1619 Elaine Rd. Apt. A.<br>Columbus, OH 43227 | 2432BEN | $7.99 |
| Tucker, Brenda<br>3073 Baker Hill Road<br>Columbus, OH 43207 | 2435BEN | $5.42 |
| Velasquez, Guadalupe A.<br>1740 Canvasback Lane<br>Columbus, OH 43215 | 2445BEN | $7.21 |
| Vinson, Stanley<br>2409 Waterside Ct.<br>Columbus, OH 43209 | 2447BEN | $11.54 |
| Wade, Karl P.<br>1800 Brentnell Avenue<br>Columbus, OH 43219 | 2448BEN | $4.80 |
| Ward, Delreatha A.<br>1373 Aberdeen Avenue<br>Columbus, OH 43211 | 2455BEN | $6.06 |
| Wiggins, Kathleen<br>1360 Lilley Avenue<br>Columbus, OH 43206 | 2473BEN | $5.52 |

| | | |
|---|---|---|
| Williams, Madge L.<br>2761 Wedge Street<br>Columbus, OH 43211 | 2476BEN | $305.14 |
| Williams, Madge L.<br>2761 Wedge Street<br>Columbus, OH 43211 | 2477BEN | $5.25 |
| Williams, Victoria D.<br>3234 Brigham Street<br>Toledo, OH 43608 | 2483BEN | $10.25 |
| Woods Jr., Milledge<br>803 E. 2nd Avenue<br>Columbus, OH 43201 | 2493BEN | $4.81 |
| Wyatt, Tamara L.<br>3928 Alwood Lane<br>Groveport, OH 43215 | 2496BEN | $5.45 |
| Yirga, George<br>44 S. Ardmore Rd.<br>Columbus, OH 43209 | 2497BEN | $18.00 |

Total Unclaimed/Small
Dividends $25.00 or Under

817.09

Total Unclaimed
Dividends Over $25.00

10,473.61


Dated: May 7, 2012

/s/   Myron N. Terlecky
    Myron N. Terlecky, Trustee